PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _SOUTHERN_ DISTRICT OF TEXAS
## _GALVESTON_ DIVISION

United States Courts
Southern District of Texas
FILED

APR - 4 2022

Nathan Ochsner, Clerk of Court

_MICHAEL G. PETERS #2018150_
Plaintiff's Name and ID Number

_STRINGFELLOW UNIT_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_LEE H. ROSENTHAL_
Defendant's Name and Address

_P.O. BOX 61010_
~~Defendant's Name and~~ Address

_HOUSTON, TEXAS 77208_
~~Defendant's Name~~ and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____
   2. Parties to previous lawsuit:
      Plaintiff(s) _____
      Defendant(s) _____
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: _____
   5. Name of judge to whom case was assigned: _____
   6. Disposition: (Was the case dismissed, appealed, still pending?) _____
   7. Approximate date of disposition: _____

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: _Stringfellow Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Michael G. Peters_
_1200 FM 655_
_Rosharon, Texas 77583_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Lee H. Rosenthal_
_P.O. Box 61010, Houston, Texas 77208_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Part of the State Government cover-up for collusion crimes etc._

Defendant #2: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

The defendant is a corrupt judge working out of the U.S. Southern District Courthouse with other like minded Republican Party judges seeking to cover-up and protect their police/party crimes by depriving me from exposing them through a series of civil action dismissals from 2016 thru 2022 etc. He covers-up for the Texas Medical Board cover-up to protect Gov. Rick Perry discretionary appointed man; Dr. Irvin Zeitler
(See Attached)

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Thirty million dollars ($30,000,000.00) for damages, stress, duress, denial of due process, corruption.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? __✓__YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? __✓__YES ____NO

Rev. 05/15

4

as Director who covered-up the Corporate crimes of Baylor College of Medicine and Texas Children's Hospital and their liabilities ranging in the hundreds of million dollars in exchange for bribes and political contributions during Gov. Rick Perry's 2012 Campaign to become the President of the United States.

I.

See Case No. 19-20717 Fifth Circuit w/ brief and exhibits proving their cover-ups.

II.

See Also case No. H-22-00312 in the U.S. Southern District Court against ~~Judge~~ the defendant on January 25, 2022.

IV.

The defendant cover-ups Texas Medical Boards cover-up of Dr. Zoann Fickirk Dreyer who with Co-worker; Mitel K. Brahmbhatt committed the crimes which made both Corporations liable. See Case H-22-59 U.S. Southern District (Houston Division). February 2, 2022.

V.

Then on March 18, 2022 the defendant is assigned Case No. 4:22-CV-00893, a civil action I filed directly against the Republican Party Committee. This civil action caused the defendant to use the Texas Medical Board case to retaliate against me and try to "stop" me once and for all from using the courts to

3.

expose Texas State corruption. On March 21, 2022 he files a [PRECLUSION ORDER] denying me access to my Constitutional due process rights to file civil actions exposing the U.S. Southern District Courts corruption. This is part of their ten (10) year cover-ups for said Corporate crimes. They will stop at nothing to cover-up Texas Organized Crimes throughout the Republican Party's judicial system using Republican Party judges to lie about frivolous filings and statues no relief. Since I'm suing for 1.1

4

billion dollars, that should account for relief, but they always state no relief as an excuse to impose their own agenda to cover-up.

## VI

The dates prove the succession of events follows the defendants decision to retaliate against me. He has no evidence of frivolous filings and constantly ignores the fact that this is all related to the "silencing" of my freedom of speech to cover-up his political parties crimes.

## VII

The Prison Litigation Reform Act that the defendant loves to quote specifically states the Prison Litigation Reform Act

5.

(P.L.R.A.) does not apply to First Amendment violations like "Freedom of speech" yet he ignores this along with all his co-conspirators for the past ten (10) years to impose their own agenda to stop me exposing them. See Case No. 19-70717 and the U.S Southern Dist. Court Case No. 4:18-CV 645. Evidence overwhelmingly prove the governments cover-ups for:

A. Constitutional Rights deprivations
B. Corporate Crimes of the State's witness
C. Political, Judicial and Corporate cover-ups
D. And my "Actual Innocence"

All to cover-up their involvement and

6.

protect the Republican Parties crimes, collusion, false imprisonment, kid knappings etc.

## VIII.

Their soul purpose is to protect the Texas Republican Party and "avoid" a federal investigation into Racketeering Influence Criminal Organization (R.I.C.O.) Crimes. The stakes are very high and many know and understand that judges like the defendant will do federal prison time, therefore they'll stop at "nothing" to cover-up. Much like Russia's Putin.

## IX

Criminals like this defendant "know" all to well that the Nineth Court of Criminal Appeals Ruled in the (P.L.R.A.) that First Amendment Rights violations do no apply to their "three-strike" order or "deprivations" of First Amendment rights like "freedom of speech" entitles a prisoner to relief, wholly aside from any physical, mental or emotional injury incurred.

## X

Yet "over and over" again the U.S. Southern District Court ignores this Ruling to cover up and silence my exposing them.

8.

The defendant uses the Justice System to obtain corporate bribes from these <u>local</u> billion dollar Corporations whos crimes are so easily proven along with their criminal liabilities.

## X

The U.S Southern District Court has covered up approx. one-hundred (100) civil actions, quoting the same lies over and over. Even after being informed of the above they like "Putin" are in denial. The cover ups are all based on "<u>money</u>" whereby the billion dollar Corporations bribe these

corrupt judges and politicians with <u>money</u> for product, to turn a blind eye to the laws like the Ninth Circuits Ruling.

## Relief

1) That the defendants Preclusion be ignored.
2) That the defendant be ordered to pay an additional thirty (30) million in damages to the Plaintiff for the continuation of his criminal conspiracy.
3) That he be put in federal prison for thirty-years (30) for corruption conspiracy, to kid knapp and falsely imprison American citizens.
4) He be dis barred for life and forbidden from preticing the law.

10.

5) The Plaintiff request a Federal investigation be made into this Republican Party Conspiracy to imprison innocent American citizens" to cover-up and silence their exposing Political-Corporate corruption crimes.

Respectfully submitted

Michael U Catus

Plaintiff - Political Victim

March 29, 2022

cc: file
Washington D.C.

11.

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: 3-29-22
            DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this   29   day of  March  , 20 22 .
              (Day)         (month)      (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

5

Certificate of Service

Comes now the Plaintiff, Michael G. Peter who files this civil action against corrupted judge; Lee H. Rosenthal and states a true and correct copy of this action was mailed to him by first class mail on March 29, 2022. Sworn under penalty of perjury.

*Michael G. Peter*
Plaintiff - Victim

March 29, 2022