Case 3:22-cv-00107   Document 5   Filed on 04/14/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

No. 3:22-CV-0107

MICHAEL G. PETERS, TDCJ # 02019190, PLAINTIFF,

v.

LEE H. ROSENTHAL, DEFENDANT.

**ORDER OF DISMISSAL**

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE:

Plaintiff Michael G. Peters is incarcerated in the Texas Department of Criminal Justice–Correctional Institutions Division (TDCJ). Peters proceeds *pro se* and seeks leave to proceed *in forma pauperis*. He sues Hon. Lee H. Rosenthal, chief judge of this district, seeking $30 million in damages for claims of alleged corruption. Dkt. 1. Having reviewed the pleadings, the plaintiff's litigation history, and all matters of record, the court dismisses this case for the reasons explained below.

Peters has filed at least 15 cases that have been dismissed as frivolous or for failure to state a claim upon which relief can be granted. In light of his extensive history of frivolous and abusive litigation, he is precluded from filing any new case in the Southern District of Texas unless he first obtains written

permission from a judge of this district. *Peters v. Tex. Med. Bd.*, Civil Action No. 4:22-0059 (Mar. 21, 2022).

Peters does not present prior permission to file this civil action. Because his pending complaint against Chief Judge Rosenthal is frivolous and malicious under the standards of the Prison Litigation Reform Act, 28 U.S.C. § 1915A(b), the court declines to grant him permission to proceed.

Based on the foregoing, the court orders that this civil action is dismissed. All pending motions are denied as moot.

**The Clerk is instructed to provide a copy of this order to the plaintiff and to the Manager of the Three-Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.**

Signed on Galveston Island this  14th  day of   April              , 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE